**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| FRANCHELL POWDRILL<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO.: 5:22-cv-264-XR |
| WAL-MART STORES TEXAS, LLC<br>*Defendant* | §<br>§ | JURY DEMANDED |

## ORDER TO REMAND

The above cause of action having been removed from the 408th Judicial District Court, Bexar County, Texas and the parties having filed in this Court a Joint Motion to Remand (ECF No. 14) and Plaintiff's Stipulation and the Court having considered the pleadings on file, is of that said action should be remanded back to the state court; therefore,

**IT IS ORDERED** that the parties Joint Motion to Remand and Plaintiff's Stipulation (ECF No. 14) is **GRANTED.** The Clerk is **DIRECTED** to remand this case to the 408th Judicial District Court of Bexar County, Texas, and to close this case.

It is **SO ORDERED.**

SIGNED this 23rd day of May, 2022.

_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE